## UNITED STATES DISTRICT COURT
### Northern District of California
### 450 Golden Gate Avenue
### San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 30, 2008

CASE NUMBER:   **CV 07-05419 MJJ**
CASE TITLE:    **JONATHAN LEE RICHES-v- PATRICIA CAMPBELL HEARST**
DATE MANDATE FILED:   4/24/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Distribution:   CIVIL      -   Counsel of Record

               CRIMINAL  -   Counsel of Record
                                U.S. Marshal (Copy of Mandate)
                                U.S. Probation Office

NDC App-16